UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AISHA MERCADO RODRIGUEZ,

    Plaintiff(s)

    v.                               Civil No. 98-1347 PG

SERVICIOS CORRECCIONALES DE
PUERTO RICO d/b/a "SCPR"

    Defendant(s)

*RECEIVED & FILED 99 OCT 22 AM 11:30 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket #22 - Defendants' Motion to File Instanter Motion for Summary Judgment | Granted |
| Docket #23 - Motion Pursuant to Local Rule 108 | Noted |

Date: October 21, 1999.

                                                JUAN M. PEREZ-GIMENEZ
                                                U.S. District Judge