# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

AISHA MERCADO RODRIGUEZ,

    Plaintiff(s)

    v.                                          Civil No. 98-1347 (PG)

SERVICIOS CORRECCIONALES DE
PUERTO RICO d/b/a "SCPR"

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #26 - Plaintiff's Motion in Relation to Defendants' Motion for Summary Judgment, etc. | Plaintiff's reply to the motion for Summary Judgment should have been filed as of this date. Nevertheless an extension is granted until December 31, 1999. |

Date: December ~~November~~ 14, 1999.

_____
JUAN M. PEREZ-GIMENEZ