UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AISHA MERCADO RODRIGUEZ,
    Plaintiff,

v.                               Civil No. 98-1347(PG)

SERVICIOS CORRECCIONALES
DE PUERTO RICO D/B/A SCPR
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #34 - SCPR'S Urgent Motion Requesting Relief In Relation To Reply To Plaintiff's Opposition To Motion For Summary Judgment. | DENIED. |

Date: June 6, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge