ENTERED ON DOCKET
6/22/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

AISHA MERCADO RODRIGUEZ,     *
    *
Plaintiff     *
    *
v.     *     Civ. No. 98-1347 (PG)
    *
SERVICIOS CORRECCIONALES DE PUERTO     *
RICO d/b/a "SCPR",     *
    *
Defendant     *
    *
* * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT

Having **GRANTED** Defendant's motion for summary judgment on the causes of action under the Americans with Disabilities Act ("ADA") and Rehabilitation Act ("RHA"), it is hereby

**ORDERED and ADJUDGED** that the case be **DISMISSED**. The causes of action under the ADA and RHA are **DISMISSED WITH PREJUDICE** and that Plaintiff's cause of action under Puerto Rico's Law 100 is **DISMISSED WITHOUT PREJUDICE**.

San Juan, Puerto Rico, June 21, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)