UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 AUG -9 AM 9 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| AISHA MERCADO RODRIGUEZ, | * |
| Plaintiff | * |
| v. | *   Civ. No. 98-1347 (PG) |
| SERVICIOS CORRECCIONALES DE PUERTO RICO d/b/a "SCPR", | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Defendant filed a motion to Request for Correction of Clerical Mistake in Judgment Pursuant to Rule 60 of the FED. R. CIV. P. (Dkt. 40) After reviewing the complaint and pleadings from this case, the Court finds that a mistake was indeed made. Plaintiff brought suit under the ADA, RHA, and Articles 1802 and 1803 of the Puerto Rico Civil Code (and not Law No. 100). Therefore, the record should reflect this.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 8, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)