UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| AISHA MERCADO RODRIGUEZ,<br><br>Plaintiff<br><br>v.<br><br>SERVICIOS CORRECCIONALES DE PUERTO RICO d/b/a "SCPR",<br><br>Defendant | Civ. No. 98-1347 (PG) |

## AMENDED JUDGMENT *NUNC PRO TUNC*

Having **GRANTED** Defendant's motion Request for Correction of Clerical Mistake in Judgment Pursuant to Rule 60 of the FED. R. CIV. P., it is hereby

**ORDERED and ADJUDGED** that Plaintiff's cause of action under Articles 180. and 1803 of the Puerto Rico Civil Code be **DISMISSED WITHOUT PREJUDICE**. Plaintiff's causes of action under the ADA and RHA are **DISMISSED WITH PREJUDICE**.

San Juan, Puerto Rico, August 8, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)